UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRAHAM LAUGHERY, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NCO PORTFOLIO MANAGEMENT, INC., DANIEL N. GORDON, P.C., MATTHEW R. AYLWORTH and JANE DOE AYLWORTH, husband and wife,<br><br>    Defendants. | NO. CV-09-009-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO DISMISS DEFENDANT JANE DOE AYLWORTH** |

    By Stipulation filed February 13, 2009, the parties agree that all claims against Defendant Jane Doe Aylworth can be dismissed and that her name can be removed from all future pleadings. (Ct. Rec. 3.) Based on the parties' Stipulation, **IT IS HEREBY ORDERED**:

    1.  The parties' Stipulated Motion for Order of Dismissal **(Ct. Rec. 3)** is **GRANTED**. All claims against Defendant Jane Doe Aylworth are **DISMISSED with prejudice.**

    2.  The Clerk's Office shall amend the case caption to read:

ORDER * 1

GRAHAM LAUGHERY, and all others similarly situated,

                Plaintiffs

   v.

NCO PORTFOLIO MANAGEMENT, INC., DANIEL N. GORDON, P.C., and MATTHEW R. AYLWORTH,

                Defendants

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to counsel.

**DATED** this  16th  day of March 2009.

            S/ Edward F. Shea
            EDWARD F. SHEA
          United States District Judge

Q:\Civil\2009\9.Partial.Stip.Dismiss.wpd

ORDER * 2