UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRAHAM LAUGHERY, and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>NCO PORTFOLIO MANAGEMENT, INC., DANIEL N. GORDON, P.C., and MATTHEW R. AYLWORTH,<br><br>        Defendants. | NO. CV-09-009-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO DISMISS AND EXPEDITE HEARING** |

    By Stipulation filed August 18, 2010, the parties agree that the above-titled cause of action can be dismissed. (Ct. Rec. 45.) Based on the parties' Stipulation, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion for Order of Dismissal **(Ct. Recs. 39 & 45)** and related Motion to Expedite Hearing **(Ct. Rec. 42)** are **GRANTED**. The above-titled cause of action is **DISMISSED with prejudice** without an award of attorney's fees or costs.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter /

ORDER * 1

this Order and provide a copy to counsel.

**DATED** this ___19th___ day of August 2010.

```
                    s/Edward F. Shea
                   EDWARD F. SHEA
              United States District Judge
```

Q:\Civil\2009\9.Dismiss.wpd

ORDER * 2